UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA ECHEVERRIA,<br><br>             Plaintiff,<br><br>       v.<br><br>NEW CENTURY MORTGAGE CORPORATION, (a California Corporation); FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, (a Texas Corporation) and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No. EDCV 09-600-VAP (Ex)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant First American Loanstar Trustee Services.  The Court orders that such judgment be entered.

Dated: May 21, 2009

                                   *Virginia A. Phillips*
                                   VIRGINIA A. PHILLIPS
                                   United States District Judge